UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-06128-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  **O R D E R**

ROBERT MARVIN HARRIS,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 232) filed herein by United States Magistrate Judge Patrick M. Hunt, and Defendant's Motions (DE Nos. 234, 236, 237, & 238), in which he seeks substantially the same relief as he sought in his Motion For Relief From Final Judgment Of Forfeiture (DE 226), the motion considered in Magistrate Judge Hunt's Report And Recommendation (DE 232). The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

By his Report And Recommendation (DE 232), Magistrate Judge Hunt recommends that the Court dismiss Defendant's Motion For Relief From Final Judgment Of Forfeiture (DE 226) for lack of jurisdiction to consider the same, and alternatively, that the Court deny said Motion (DE 226) on its merits. Magistrate Judge Hunt details the fact that, in the above-styled cause, Defendant has already made similar motions, requesting the same relief, and the Eleventh Circuit held that he was not entitled to this relief. Magistrate Judge Hunt concludes that the Court is bound by the law of the case, but he further notes that, "However, the undersigned has not located any other avenue for him to presently obtain the requested relief." The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Defendant's Motion (DE 226), additional Motions (DE Nos. 234, 236, 237, & 238) duplicate the same relief he has requested and

been denied previously.  The number of times Defendant makes a request adds nothing to its legitimacy or basis in the law.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Report And Recommendation (DE 232) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Defendant's Objection & Reply To Magistrate's Report & Recommendation/Government's Response To Defendant's Motion For Relief From Final Judgement Of Forfeiture (DE 233) be and the same are hereby **OVERRULED**;

3. Defendant's Motion For Relief From Final Judgment Of Forfeiture (DE 226) be and the same is hereby **DISMISSED** for lack of jurisdiction, and in the alternative, **DENIED**; and

4. Defendant's Motions (DE Nos. 234, 236, 237, & 238) be and the same are likewise **DISMISSED** for lack of jurisdiction, and in the alternative, **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of November, 2018.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

Robert Marvin Harris, PRO SE
54630-004
Coleman I-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1033
Coleman, FL 33521